**CLERK'S COURTROOM MINUTE SHEET – CRIMINAL**

UNITED STATES OF AMERICA,

        Plaintiff,

v.

        Case No. 20-40090-01-DDC

SHAWN LYNN PARCELLS (01),

        Defendant.

**Attorney for Plaintiff: Christine E. Kenney**
**Attorney for Defendant: Eric Kjorlie**

| JUDGE: | Daniel D. Crabtree | DATE: | 3/22/2021 |
|---|---|---|---|
| CLERK: | Megan Garrett | TAPE/REPORTER: | Kim Greiner |
| INTERPRETER: | | PROBATION: | |

# STATUS CONFERENCE

Defendant appears by Zoom Video Conference upon consent.

The following motion is before the court:

> Doc. 19 – Defendant's Counsel's Rule 83.5.5(a) Motion for Leave for Court Approval Granting Motion to Withdraw as Defense Counsel; and Defendant's Companion Motion for Redetermination of Indigency and Qualification for Appointment of Counsel Under the CJA – **REMAINS PENDING as set forth in full on the record.**

The court hears from counsel on the motion.

**The court will arrange for the defendant to complete an updated financial affidavit with the probation office.**

**The court will determine whether the defendant qualifies for appointed counsel.**

**The court continues the status conference to April 8, 2021, at 9:00 a.m.**

**Defendant remains on release.**