PS 8
D/KS 1/14/21

PACTS 7264753

# UNITED STATES DISTRICT COURT
## for the
## DISTRICT OF KANSAS

**U.S.A. vs. Shawn Lynn Parcells**                    **Docket No.  1083 5:20CR40090-001**

### Petition for Action on Conditions of Pretrial Release

COMES NOW Christina Stapp, U.S. Pretrial Services Officer, presenting an official report upon the conduct of defendant Shawn Lynn Parcells, who was placed under pretrial release supervision by the Honorable Angel D. Mitchell sitting in the court at Topeka, Kansas, on 12/07/2020, under the following conditions:

1.    **The defendant must continue or actively seek employment.**

2.    **The defendant must advise the court or the pretrial services office or supervising officer in writing before making any change of residence or telephone number.**

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

1.    On December 16, 2020, during the defendant's intake appointment with the U.S. Probation Office, conditions of release were discussed, including his employment condition.  The defendant was provided job search forms and instructed he needed to actively seek employment.

On February 19, 2021, the defendant referenced, "I did search for some jobs last month" but "didn't find much". The defendant later disclosed he had applied for a job with Baker University as a full-time professor to teach Anatomy and Physiology plus other related courses and with Johnson County as a full-time professor in the Human Sciences Division for Anatomy and Physiology among other related courses.

On April 7, 2021, the U.S. Probation Office contacted the defendant regarding his incomplete job search form. He was instructed to fully complete a form as directed and send back.

On April 20, 2021, the U.S. Probation Office contact the defendant regarding his failure to submit job search forms as directed.  He was instructed to submit his forms.

On July 7, 2021, the defendant reported to the U.S. Probation Office in Topeka, Kansas.  This Officer met with the defendant regarding his lack of employment search over the past seven months.  The defendant was directed to provide this Officer with a written account of his job search progress each Friday by noon.  This Officer also encouraged the defendant to not seek employment in any medical field or financial field given his pending charges.

On July 9, 2021, the defendant failed to provide the U.S. Probation Office with a written account of his job search.

According to our records, the defendant has provided one job search form during his pretrial release. Additionally, the defendant remains unemployed.

2.    On June 29, 2021, the U.S. Probation Office contacted the defendant regarding setting up a home contact.  It was at that time, the defendant reported he had moved in with his parents in Topeka, Kansas after being evicted from his residence in Johnson County, Kansas.  The defendant failed to report his residence change as directed.

PRAYING THAT THE COURT WILL ORDER the issuance of a summons for the defendant and he be brought before the court to show cause as to why his bond should not be revoked.

Approved:

*[signature]*

John W. Deters, Supervisory U.S. Probation Officer

I declare under penalty of perjury that the foregoing is true and correct.
Executed on:     July 13, 2021

*[signature]*

Christina Stapp
Senior U.S. Probation Officer
Place:     Topeka, Kansas

**ORDER OF COURT**

Defendant to appear on Monday, July 19, 2021 at 1:30 p.m. before the Honorable Angel D. Mitchell U.S. Magistrate Judge, courtroom number 470 in Topeka, Kansas.

Considered and ordered this _____13th_____ day of ___July___ 20_21_and ordered filed and made a part of the records in the above case. The court's signature below denotes concurrence with the Pretrial Officer's above recommendation.

*[signature]*

Honorable Angel D. Mitchell
U.S. Magistrate Judge

cc:  AUSA Christine Kenney