# In the United States District Court
# for the District of Kansas

**United States of America**,
        Plaintiff,

v.                                                             Case No. 20-40090-DDC

**Shawn Lynn Parcells**,
        Defendant.

## Motion for Continuance

Defendant, Shawn Lynn Parcells, through undersigned counsel, moves this Court to continue the change of plea hearing for 30 days for the following reasons:

1. Defendant's change of plea hearing is currently scheduled for March 3, 2022, at 9:00 a.m.

2. Assistant U.S. Attorney Jared Maag has recently taken over as counsel for the government in this case. The parties therefore need additional time to finalize plea negotiations.

3. Mr. Parcells was arrested on February 23, 2022, and is currently in custody at USP Leavenworth, which makes it difficult for defense counsel to quickly communicate with his client. Additional time is needed for defense counsel and defendant to review and discuss any plea offers.

4. The government does not object to this request.

5. Additional time is necessary for counsel's effective preparation, taking into account counsel's exercise of due diligence. *See* 18 U.S.C. § 3161(h)(7)(B)(iv).

6. Defendant, Shawn Lynn Parcells, entered his Notice of Intent to Change Plea on February 1, 2022 and the Court has already excluded the time going forward because of this notice. *See* D.E. 49.

We therefore ask this Court to make the required findings and continue the change of plea hearing for 30 days.

        Respectfully submitted,

        s/ David Magariel
        David Magariel, #21748
        Assistant Federal Public Defender
        500 State Avenue, Suite 201
        Kansas City, Kansas 66101
        Telephone: (913) 551-6712
        Fax: (913) 551-6562
        Email: david_magariel@fd.org
        Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on February 25, 2022, I filed the foregoing motion with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to all interested parties.

        s/ David Magariel
        David Magariel, #21748