## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF KANSAS

UNITED STATES OF AMERICA,
    Plaintiff,

v

SHAWN PARCELLS,
    Defendant.

Case Number: 20-40090-DDC

### ORDER OF DETENTION AFTER A HEARING ON A PETITION TO REVOKE PRETRIAL RELEASE

On February 28, 2022, defendant Shawn Parcells appeared before this Court for a bond revocation hearing on the Petition for Action on Conditions of Pretrial Release. (ECF 51.) The Government moved to revoke Defendant's bond and order that he be detained pursuant to 18 U.S.C. § 3148. Having conducted a detention hearing, the Court makes the following findings:

☒    There is clear and convincing evidence that the Defendant violated his release condition as alleged in the Petition, for the reasons stated on the record.

- and -

☒    Also for the reasons stated on the record, Defendant is unlikely to abide by the employment and location monitoring conditions. Specifically, Defendant's intransigence in failing to comply with the employment-related condition has been going on almost since the inception of this case (*see, e.g.*, ECF 33, 38). Pretrial Services has provided Defendant with all support reasonably necessary for him to comply with this condition and has exhausted all efforts to secure his compliance. His noncompliance is willful and intentional, and the court cannot fashion any further release conditions that would reasonably assure his compliance.

Pursuant to 18 U.S.C. § 3142(h)(i), the Court directs that the Defendant be committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or

being held in custody pending appeal; directs that the Defendant be afforded a reasonable opportunity for private consultation with counsel; and, on order of a court of the United States or on a request of an attorney for the Government, the person in charge of the corrections facility in which the Defendant is confined deliver the Defendant to a United States marshal for the purpose of an appearance in connection with a court proceeding.

The Defendant is remanded into the custody of the United States Marshal.

Entered on February 28, 2022

s/Angel D. Mitchell
Angel D. Mitchell
U.S. Magistrate Judge
