# CLERK'S COURTROOM MINUTE SHEET – CRIMINAL PRETRIAL PROCEEDINGS

| UNITED STATES OF AMERICA, | Christine E. Kenney |
|---|---|
| Plaintiff, | |
| v. | Case No. 20-40090-01-DDC |
| SHAWN LYNN PARCELLS (01), | David M. Magariel |
| Defendant. | |

| JUDGE: | Daniel D. Crabtree | DATE: | 5/26/2022 |
|---|---|---|---|
| CLERK: | Megan Garrett | TAPE/REPORTER: | Kim Greiner |
| INTERPRETER: | | PROBATION: | |

## PROCEEDINGS

☐ Arraignment & Plea          ☐ Waiver of Indictment          ☒ Felony
☒ Change of Plea              ☐ Appearance                    ☐ Misdemeanor

☐ Interpreter     ☐ Sworn     ☐ Previously Sworn

☒ Constitutional Rights Explained
☐ Declines to Waive Indictment          ☐ Will be presented to next Grand Jury
☐ Signed Waiver of Indictment           ☐ Information filed
☐ Signed Consent to Transfer (Rule 20)

☒ Waived Reading of:          ☐ Read to Defendant:
   ☒ Indictment
   ☐ Information
   ☒ Number of Counts: 10

☒ Petition to Enter Plea Filed          ☐ Plea Agreement attached

  ☐ Previous Plea of
   ☐ Guilty   ☒ Not Guilty     Counts: 1-10 of Indictment

  ☒ Plea of GUILTY as to Counts: 1 of Indictment

☒ Judgment Deferred     ☒ PSI Ordered   ☒ Sentencing scheduled for August 25, 2022, at 1:30 p.m.
☐ Continued on Present Bail          ☒ Remanded to Custody
☐ Counts to be dismissed on Motion of the US at sentencing:
☒ OTHER:  There is no plea agreement.

On Counts 2-10 of the Indictment, pursuant to the specific findings set forth in full on the record, the court finds that the ends of justice served by allowing the defendant the additional time requested outweigh the best interest of the public and the defendant in a speedy trial and that the continuance shall be granted.

It is ordered by the court that the period of delay resulting from the additional time granted pursuant to the court's order, **May 26, 2022 until August 25, 2022**, is deemed excludable time as provided for in 18 U.S.C. § 3161(h)(7)(A), in that the ends of justice served by the granting of an extension outweigh the best interest of the public and the defendant in a speedy trial.