**CLERK'S COURTROOM MINUTE SHEET - WITNESS LIST**

**CASE NO. 20-40090-01-DDC**

**WITNESSES FOR     Plaintiff**

| Date | Name | Sworn |
|------|------|-------|
| 09/16, 19/22 | Kevin Mills | ( x ) |
| | | ( ) |
| | | ( ) |
| | | ( ) |
| | | ( ) |
| | | ( ) |
| | | ( ) |
| | | ( ) |
| | | ( ) |
| | | ( ) |
| | | ( ) |
| | | ( ) |
| | | ( ) |
| | | ( ) |
| | | ( ) |
| | | ( ) |
| | | ( ) |
| | | ( ) |

**WITNESSES FOR     Defendant**

| Date | Name | Sworn |
|------|------|-------|
| | | ( ) |
| | | ( ) |
| | | ( ) |
| | | ( ) |
| | | ( ) |
| | | ( ) |
| | | ( ) |
| | | ( ) |
| | | ( ) |
| | | ( ) |
| | | ( ) |
| | | ( ) |
| | | ( ) |
| | | ( ) |
| | | ( ) |
| | | ( ) |
| | | ( ) |
| | | ( ) |