# EXHIBIT SHEET

Case No. 20-40090-01-DDC                    Government's Exhibits

| No. | Description | I.D. | OFFERED | ADMITTED | WITNESS |
|---|---|---|---|---|---|
| 1 | Parcells Victim Loss Amount Total Victim Number | x | x | x | Kevin Mills |
| 1A | Agent's analysis of records received from Mr. Parcells | x | x | x | Kevin Mills |
| 2 | National Forensic Autopsy and Toxicology Services LLC (About) | x | x | x | Kevin Mills |
| 3 | National Forensic Autopsy and Toxicology Services LLC (Contact) | x | x | x | Kevin Mills |
| 4 | National Forensic Autopsy and Toxicology Services LLC (Forensics) | x | x | x | Kevin Mills |
| 5 | National Forensic Autopsy and Toxicology Services LLC (Neurosciences) | x | x | x | Kevin Mills |