# EXHIBIT SHEET

Case No. 20-40090-01-DDC                                    Defendant's Exhibits

| No. | Description | I.D. | OFFERED | ADMITTED | WITNESS |
|---|---|---|---|---|---|
| 801 | News Article | x | x | x | |
| 802 | Wornall Podiatry Medical Record | x | x | x | |
| 803 | Overland Park Regional Medical Record | x | x | x | |
| 804 | Menorah Medical Center Medical Record | x | x | x | |
| 805 | Menorah Medical Center Medical Record | x | x | x | |
| 806 | Shawnee County District Court Records | x | x | x | |
| 807 | Haines Report | x | x | x | |
| 808 | France Report | x | x | x | |
| 809 | Bachelor Report | x | x | x | |
| 810 | Kline Report | x | x | x | |
| 811 | Christian Authorization | x | x | x | |
| 812 | Christian Report | x | x | x | |
| 813 | Snapp Authorization | x | x | x | |
| 814 | Snapp Report | x | x | x | |
| 815 | Hollis Authorization | x | x | x | |
| 816 | Hollis Report | x | x | x | |
| 817 | Mills Authorization | x | x | x | |
| 818 | Mills Report | x | x | x | |
| 819 | FBI Report Bank of America re Mills | x | x | x | |
| 820 | Garrison Character Letter | x | x | x | |
| 821 | RDAP Documents | x | x | x | |
| 822 | Government Loss Amount Financial Transactions | x | x | x | |